IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOE RENA DELGADO,

    Plaintiff,

v.                                        CASE NO. 5:10-cv-00238-RH-GRJ

JOHN DOE, et al,

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion to Place Case in Abeyance (Doc. 12), which the Court construes as a request for additional time through March 7, 2011 to file an amended complaint. Plaintiff was directed in the Court's Order dated December 9, 2010 to file an amended complaint. (Doc. 9.) Plaintiff requested an extension of time to comply with this Order through February 7, 2011. (Doc. 11.) Plaintiff will be released from incarceration on February 16, 2011, and contends that he will seek the assistance of counsel upon his release. Id. This is sufficient good cause to grant an additional thirty days to file an amended complaint.

Accordingly, it is **ORDERED:**

That Plaintiff's Motion to Place Case in Abeyance (Doc. 12), construed as a motion for additional time to file an amended complaint, is **GRANTED**. Plaintiff

shall file the amended complaint on or before **March 7, 2011.**

**DONE AND ORDERED** this 10th day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge