IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOE RENA DELGADO,

    Plaintiffs,

v.                                              CASE NO. 5:10-cv-238-RH-GRJ

WALTER MCNEIL, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On March 9, 2011, the Court entered an order granting Plaintiff until April 11, 2011 to file an amended complaint. (Doc. 16.) In that order, the Court specifically explained to Plaintiff that failure to comply with that order would result in a recommendation that this case be dismissed for failure to prosecute. The Court previously had granted Plaintiff two other extensions of time to file an amended complaint. (Docs. 9 & 13.) As of the date of this report and recommendation, Plaintiff has not filed an amended complaint or filed any other document since a March 7, 2011 letter motion requesting an extension of the time within which to file an amended complaint. (Doc. 15.) More than two months have passed and Plaintiff has not taken any action to advance this case.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 14th day of June 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**